# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| MARY J. POOR,  *Plaintiff,* | CIVIL ACTION NO. 6:14-cv-00007 |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY,  *Defendant.* | JUDGE NORMAN K. MOON |

This matter is before the court on the parties' cross Motions for Summary Judgment (docket nos. 11 and 14), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 19, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. The parties filed cross motions for summary judgment, and on February 20, 2015, Judge Ballou filed a Report recommending that Plaintiff's Motion for Summary Judgment (docket no. 11) be granted in part, and the Commissioner's Motion for Summary Judgment (docket no. 14) be denied. After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. The Report of February 20, 2015, is hereby **ADOPTED** in its entirety;

2. Plaintiff's Motion for Summary Judgment (docket no. 11) is hereby **GRANTED IN PART**;

3. Defendant's Motion for Summary Judgment (docket no. 14) is hereby **DENIED**; and

4. This case is hereby **REMANDED** to the Commissioner for further proceedings consistent with the direction and recommendations given in the Report; and

5. This case is hereby **DISMISSED** from the Court's active docket.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

Entered this   26th   day of June, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE